Alex Gust, Appellant, v. Sinclair Refining Company and Mary Stebley, Appellees.

Gen. No. 9,404.

opinion
filed September 19, 1939; rehearing denied November 30, 1939. Milton A. Kallis and Thomas A. Pojunas, for appellant; Hall & Hulse, for appellee, Sinclair Refining Company; William R. Allen, Sturtevant Hinman, Harry A. Hall and Marshall Meyer, of counsel. Opinion by JUSTICE HUFFMAN. ''Not to be published in full.''